UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BASKIN-ROBBINS FRANCHISED SHOPS LLC and
BR IP HOLDER LLC,

                Plaintiffs,

v.

CORDICO CORP.,

                Defendant.

------------------------------------------------------------------X

FILED BY ECF

Case No. 12-CV-1014 (JFB)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 30 2012 ★
LONG ISLAND OFFICE

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that no adverse party has served an answer or a motion for summary judgment and that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC, by their attorneys, O'Rourke & Degen, PLLC, hereby voluntarily dismiss the above entitled action without prejudice.

Dated: New York, New York

       July 27, 2012

Respectfully submitted,

/s/ Ronald D. Degen
**RONALD D. DEGEN** (RD 7808)
O'ROURKE & DEGEN, PLLC
Attorneys for Plaintiffs
225 Broadway, Suite 715
New York, New York 10007
New York, New York 10007
Tel:   (212) 227-4530
Fax:  (212) 212-385-9813
E-mail:  rdegen@odlegal.com
           sgoldfinger@odlegal.com

*The Clerk of the Court shall close the case.*

*7/30/12*

SO ORDERED

_____
JOSEPH F. BIANCO
United States District Judge